IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IRON WORKERS' MID-AMERICA PENSION PLAN, | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION |
| vs. | ) ) ) | NO. 24 C 3299 |
| ESTATE OF JOANN EADS, MICHELLE CASSADY, MARC EADS, and MELISSA EADS, | ) ) ) ) | JUDGE MARY M. ROWLAND<br><br>MAGISTRATE JUDGE MARIA VALDEZ |
| Defendants. | ) | |

**<u>MOTION FOR ENTRY OF DEFAULT AND JUDGMENT</u>**

Plaintiff, by its attorneys, and pursuant to Federal Rule of Civil Procedure Rule 55(b), move for entry of judgment by default against Defendants, MELISSA EADS, MARC EADS, ESTATE OF JOANN EADS, c/o MELISSA EADS, and ESTATE OF JOANN EADS, c/o MARC EADS, in the total amount of $76,170.00, plus Plaintiffs' court costs and reasonable attorneys' fees in the amount of $28,090.90.

On May 5, 2024, the Summons and Complaint was served on Defendants Melissa Eads and Estate of Joann Eads, c/o Melissa Eads (by tendering a copy of said documents to her personally) at her residence (copies of the Summonses and Affidavits of Service are attached hereto). Therefore, Defendant Melissa Eads and Estate of Joann Eads, c/o Melissa Eads' answers were due on May 28, 2025.

On July 2, 2024, the Summons and Complaint was served on Defendants Marc Eads and Estate of Joann Eads, c/o Marc Eads (by tendering a copy of said documents to him personally) at

his residence (copies of the Summonses and Affidavits of Service are attached hereto). Therefore, Defendant Marc Eads and Estate of Joann Eads, c/o Marc Eads' answers were due on July 23, 2025.

As Defendants, Melissa Eads, Estate of Joann Eads, c/o Melissa Eads, Marc Eads, and Estate of Joann Eads, c/o Marc Eads, have failed to timely answer the Complaint, Plaintiff respectfully requests entry of default and judgment pursuant to F.R.Civ.P. Rule 55(b).

/s/  Carson W. Fallo

Carson W. Fallo
Attorney for Plaintiff
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 1825
Chicago, IL  60606-5250
Bar No.: 6345253
Telephone: (312) 216-2550
Facsimile: (312) 236-0241
E-Mail: cfallo@baumsigman.com

I:\MIDP\Eads, Joann Overpayment\motion for entry of default and judgment.cwf.df edited.docx

## **CERTIFICATE OF SERVICE**

  The undersigned, an attorney of record, hereby certifies that he electronically filed the foregoing document (Motion for Entry of Default and Judgment) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participants on or before the hour of 5:00 p.m. this 7th day of February 2025:

  Ms. Melissa Eads
  2306 Francine Avenue
  Joliet, IL   60436-1174

  Mr. Marc A. Eads
  11216 US Highway 52
  Newark, IL   60541-9374

  I further certify that on or before the hour of 5:00 p.m. this 7th day of February 2025, I electronically filed the foregoing document (Motion for Entry of Default and Judgment) with the CM/ECF system, which will send notification to the following CM/ECF participants:

  Mr. Thomas C. Cronin
  Mr. Sean B. Crotty
  Cronin & Co., Ltd.
  120 N. LaSalle Street, 20th Floor
  Chicago, IL   60602
  tcc@cronincoltd.com
  sbc@cronincoltd.com

            /s/   Carson W. Fallo

Carson W. Fallo
Attorney for Plaintiff
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 1825
Chicago, IL   60606-5250
Bar No.: 6345253
Telephone: (312) 216-2550
Facsimile: (312) 236-0241
E-Mail: cfallo@baumsigman.com

I:\MIDP\Eads, Joann Overpayment\motion for entry of default and judgment.cwf.df edited.docx