IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IRON WORKERS' MID-AMERICA PENSION PLAN, | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION |
| vs. | ) ) | NO. 24 C 3299 |
| ESTATE OF JOANN EADS, MICHELLE CASSADY, MARC EADS, MELISSA EADS, and MICHAEL EADS, | ) ) ) ) | JUDGE MARY M. ROWLAND |
| Defendants. | ) | |

**<u>RENEWED MOTION FOR ENTRY OF DEFAULT AND JUDGMENT</u>**

Plaintiff, by its attorneys, and pursuant to Federal Rule of Civil Procedure Rule 55(b), move for entry of judgment by default against Defendants, MELISSA EADS, and ESTATE OF JOANN EADS, c/o MELISSA EADS, in the total amount of $76,170.00, plus Plaintiffs' court costs and reasonable attorneys' fees in the amount of $30,063.90.

On May 5, 2024, the Summons and Complaint was served on Defendants Melissa Eads and Estate of Joann Eads, c/o Melissa Eads (by tendering a copy of said documents to her personally) at her residence. Therefore, Defendant Melissa Eads and Estate of Joann Eads, c/o Melissa Eads' answers were due on May 28, 2024.

As Defendants, Melissa Eads and Estate of Joann Eads, c/o Melissa Eads, have failed to timely answer the Complaint, Plaintiff respectfully requests entry of default and judgment pursuant to F.R.Civ.P. Rule 55(b).

/s/   Carson W. Fallo

Carson W. Fallo
Attorney for Plaintiff
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 1825
Chicago, IL  60606-5250
Bar No.: 6345253
Telephone: (312) 216-2550
Facsimile: (312) 236-0241
E-Mail: cfallo@baumsigman.com

I:\MIDP\Eads, Joann Overpayment\renewed motion for entry of default and judgment 05 12 25.cwf.docx

**CERTIFICATE OF SERVICE**

  The undersigned, an attorney of record, hereby certifies that he electronically filed the foregoing document (Renewed Motion for Entry of Default and Judgment) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participants on or before the hour of <u>5:00 p.m.</u> this <u>12th</u> day of <u>May 2025</u>:

  Ms. Melissa Eads
  2306 Francine Avenue
  Joliet, IL 60436-1174

  Mr. Marc A. Eads
  11216 US Highway 52
  Newark, IL 60541-9374

  I further certify that on or before the hour of <u>5:00 p.m.</u> this <u>12th</u> day of <u>May 2025</u>, I electronically filed the foregoing document (Renewed Motion for Entry of Default and Judgment) with the CM/ECF system, which will send notification to the following CM/ECF participants:

  Mr. Thomas C. Cronin
  Mr. Sean B. Crotty
  Cronin & Co., Ltd.
  120 N. LaSalle Street, 20th Floor
  Chicago, IL 60602
  tcc@cronincoltd.com
  sbc@cronincoltd.com

              /s/ Carson W. Fallo

Carson W. Fallo
Attorney for Plaintiff
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 1825
Chicago, IL 60606-5250
Bar No.: 6345253
Telephone: (312) 216-2550
Facsimile: (312) 236-0241
E-Mail: cfallo@baumsigman.com

I:\MIDP\Eads, Joann Overpayment\renewed motion for entry of default and judgment 05 12 25.cwf.docx